MEMORANDUM OPINION

No. 04-06-00045-CV

WALLACE ENVIRONMENTAL TESTING LABORATORIES, INC.,

Appellant

v.

Robert NORRIS,

Appellee

From the County Court at Law No. 2, Bexar County, Texas

Trial Court No. 299703

Honorable Paul Canales , Judge Presiding


PER CURIAM

Sitting: Catherine Stone , Justice

 Sarah B. Duncan , Justice

 Karen Angelini , Justice

Delivered and Filed: March 29, 2006

DISMISSED

 Appellant has filed a motion to dismiss its appeal. Appellant's motion is granted, and the appeal is dismissed. Costs of
appeal are taxed against the appellant. See Tex. R. App. P. 42.1(d). 



 PER CURIAM